```
                                            FILED
                                     CLERK, U.S. DISTRICT COURT

                                          SEP - 8 2011

                                     CENTRAL DISTRICT OF CALIFORNIA
                                     BY                    DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANUEL LOPEZ, ) <br> ) <br> Defendant. ) | CASE NO. 11-2082M <br><br> ORDER OF DETENTION |

I.

A. ( )   On motion of the Government in a case allegedly involving:

    1. ( )   a crime of violence.

    2. ( )   an offense with maximum sentence of life imprisonment or death.

    3. ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( )   any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓)   On motion by the Government / ( ) on Court's own motion, in a case

---

|    |                                                                                                  |
|----|--------------------------------------------------------------------------------------------------|
| 1  | allegedly involving:                                                                             |
| 2  | (✓) On the further allegation by the Government of:                                              |
| 3  | 1. (✓) a serious risk that the defendant will flee.                                              |
| 4  | 2. ( ) a serious risk that the defendant will:                                                   |
| 5  | a. ( ) obstruct or attempt to obstruct justice.                                                  |
| 6  | b. ( ) threaten, injure, or intimidate a prospective witness or juror or                         |
| 7  | attempt to do so.                                                                                |
| 8  | C. The Government (✓) is/ ( ) is not entitled to a rebuttable presumption that no                |
| 9  | condition or combination of conditions will reasonably assure the defendant's                    |
| 10 | appearance as required and the safety of any person or the community.                            |
| 11 |                                                                                                  |
| 12 | II.                                                                                              |
| 13 | A. (✓) The Court finds that no condition or combination of conditions will                       |
| 14 | reasonably assure:                                                                               |
| 15 | 1. (✓) the appearance of the defendant as required.                                              |
| 16 | (✓) and/or                                                                                       |
| 17 | 2. (✓) the safety of any person or the community.                                                |
| 18 | B. ( ) The Court finds that the defendant has not rebutted by sufficient                         |
| 19 | evidence to the contrary the presumption provided by statute.                                    |
| 20 |                                                                                                  |
| 21 | III.                                                                                             |
| 22 | The Court has considered:                                                                        |
| 23 | A. the nature and circumstances of the offense(s) charged, including whether the                 |
| 24 | offense is a crime of violence, a Federal crime of terrorism, or involves a minor                |
| 25 | victim or a controlled substance, firearm, explosive, or destructive device;                     |
| 26 | B. the weight of evidence against the defendant;                                                 |
| 27 | C. the history and characteristics of the defendant; and                                         |
| 28 | D. the nature and seriousness of the danger to any person or to the community.                   |

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (✓)  As to flight risk: Defendant provided no background information.

B. (✓)  As to danger: Defendant has a serious criminal history, including a prior felony conviction. Notably, Defendant submitted to detention.

## VI.

A. ( )  The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

_____

_____

_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility

1 | separate, to the extent practicable, from persons awaiting or serving
2 | sentences or being held in custody pending appeal.
3 | C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
4 | opportunity for private consultation with counsel.
5 | D. IT IS FURTHER ORDERED that, on order of a Court of the United States
6 | or on request of any attorney for the Government, the person in charge of
7 | the corrections facility in which the defendant is confined deliver the
8 | defendant to a United States marshal for the purpose of an appearance in
9 | connection with a court proceeding.

DATED: September 8, 2011

_____
HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE